IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| CEDRIC GREENE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 3:19-CV-2713-K |
| | ) | |
| HOUSING AUTHORITY OF THE | ) | |
| CITY OF LOS ANGELES, | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, this action will be dismissed without prejudice for improper venue.

**The plaintiff is warned that if he files additional suits in this court for which venue is improper or jurisdiction is lacking, he will be subject to sanctions that may include filing restrictions and monetary sanctions.**

SO ORDERED.

Signed December 4th, 2019.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE